AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-CV-05952-jhr |
| RANCE COMPANY and BURGESS STEEL ERECTORS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BURGESS STEEL ERECTORS OF NEW YORK, LLC                                             .

Date:     09/13/2023

*Attorney's signature*

Jeffrey D. Schulman JS7409
*Printed name and bar number*
Pillinger Miller Tarallo, LLP
555 Taxter Road, Fifth Floor
Elmsford, NY 10523

*Address*

jschulman@pmtlawfirm.com
*E-mail address*

(914) 703-6300
*Telephone number*

(914) 703-6688
*FAX number*