DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE COMPANY,

    Plaintiff,

-against-

OLD REPUBLIC INSURANCE COMPANY and BURGESS
STEEL ERECTORS OF NEW YORK, LLC,

    Defendants.
-----------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

Index No. 1:23-cv-05952

  Defendant BURGESS STEEL ERECTORS OF NEW YORK, LLC by its attorneys Pillinger Miller Tarallo, LLP submits its Rule 7.1 Disclosure Statement as follows:

1. Defendant BURGESS STEEL ERECTORS OF NEW YORK, LLC maintains its principal place of business at 200 West Forest Avenue, Englewood, New Jersey 07631.

2. BURGESS STEEL ERECTORS OF NEW YORK, LLC is not a publicly traded corporation and none of its members are publicly traded corporations.

Dated: Elmsford, New York
    September 18, 2023

            Respectfully submitted,

            _____
            Jeffrey D. Schulman, Esq.
            Bar Roll No. JS7409
            PILLINGER MILLER TARALLO, LLP
            Attorneys for Defendant
            Burgess Steel Erectors of New York, LLC
            555 Taxter Road, 5th Floor
            Elmsford, NY 10523
            (914) 703-6300
            PMT File No. AGB-00378/JTM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 DISCLOSURE STATEMENT was served via PACER this September _29_, 2023, to all counsel of record as indicated on the service list below.

Respectfully submitted,

_____
Jeffrey D. Schulman, Esq.
Bar Roll No. JS7409
PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant
Burgess Steel Erectors of New York, LLC
555 Taxter Road, 5th Floor
Elmsford, NY 10523
(914) 703-6300
PMT File No. AGB-00378/JTM

TO:
RIVKIN RADLER LLP
*Attorney for* Plaintiff
The Charter Oak Fire Insurance Company
926 RXR Plaza Uniondale
Uniondale, NY 11556-0926
*Phone:* (516) 357-3000

RAWLE & HENDERSON, LLP
*Attorney for* Defendant
Old Republic Insurance Company
3 University Insurance Company
Suite 500
Hackensack, NJ 07601
*Phone:* (973) 643-1400
*File No*: 009209-806402