IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC GENERAL INSURANCE CORPORATION and BURGESS STEEL ERECTORS OF NEW YORK, LLC,<br><br>        Defendants. | Civil No.: 1:23-cv-05952-JHR<br><br>**Civil Action**<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the entry of the undersigned as attorneys for defendant **OLD REPUBLIC GENERAL INSURANCE CORPORATION** in the above-entitled action. All further notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

**ADAM KOMINSKY, ESQ.**
RAWLE & HENDERSON LLP
Bar I.D. #: 042481990
3 University Plaza, Suite 500
Hackensack, New Jersey 07601
Phone: (973) 643-1400
Fax: (973) 643-1900
(akominsky@rawle.com)

(check one)  ☐ Plaintiff  ☒ Defendant

/s/ *Adam Kominsky*
Adam Kominsky, Esq.

November 3, 2023
Date

1