UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE COMPANY,

                Plaintiff,

        -against-

OLD REPUBLIC GENERAL INSURANCE
CORPORATION and BURGESS STEEL ERECTORS OF
NEW YORK, LLC,

                Defendants.
------------------------------------------------------------------X

No. 23-cv-05952-JHR

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties by their undersigned counsel that the above-captioned action is hereby dismissed without prejudice and without costs to any party as against another pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

        PLEASE TAKE NOTICE that electronic signatures to this Stipulation will be deemed to be originals for all purposes.

RIVKIN RADLER LLP

*Joanne M. Engeldrum*

Joanne M. Engeldrum, Esq.
Attorney for Plaintiff
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

RAWLE & HENDERSON, LLP

*Adam Kominsky*

Adam G.L. Kominsky, Esq.
Attorney for Defendant
Old Republic General Insurance Corporation
3 University Plaza Drive, Suite 500
Hackensack, New Jersey 07601
(551) 354-7021

PILLINGER MILLER TARALLO LLP

*Daniel O. Dietchweiler*

Daniel O. Dietchweiler, Esq.
Attorney for Defendant
Burgess Steel Erectors of New York LLC
555 Taxter Road, Fifth Floor
Elmsford, New York 10523
(914) 703-6300

SO ORDERED:

_____
U.S.D.J

4862-0778-0779, v. 1

Error! Unknown document property name.